IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD C. JACOBS,

      Petitioner,               No. CIV S-06-1025 FCD GGH P

    vs.

KATIE MENDOZA-POWERS, Warden,

      Respondent.           <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). On June 27, 2006, the court granted petitioner thirty days to either pay the filing fee or file an in forma pauperis affidavit.

        On July 20, 2006, petitioner filed a letter with the court stating that a family member sent the court a check for $5. The court has not received this money.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

1

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: 8/24/06

         /s/ Gregory G. Hollows

         _____
         GREGORY G. HOLLOWS
         UNITED STATES MAGISTRATE JUDGE

7  ggh:kj
   jac1025.ord